# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Stephen C. Molnar  
                Debtor(s)

BK NO. 20-02518 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Foundation Finance Company and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Brian C. Nicholas  
                                      Brian Nicholas  
                                      14 Sep 2020, 16:11:03, EDT

                                      KML Law Group, P.C.  
                                      BNY Mellon Independence Center  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA  19106  
                                      215-627-1322