United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stephen C Molnar  
    Debtor(s)

Case No. 20-02518-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 02, 2020     Form ID: ntcnfhrg     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen C Molnar, 28 Charles Street, Highspire, PA 17034-1014 |
| cr | + | U.S. Bank National Association, as indenture trust, c/o Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5353743 | | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5360008 | + | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5353746 | + | Firestone/Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |
| 5353751 | + | Select Portfolio Servicing, 3815 S West Temple, Ste 2000, Salt Lake City, UT 84115-4412 |
| 5354793 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5353753 | | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 5353754 | | USAA, PO Box 65020, San Antonio, TX 78265-5020 |
| 5357195 | + | USAA Federal Savings Bank, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 19:14:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5353744 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 19:14:01 | Capital One, PO Box 70884, Charlotte, NC 28272-0884 |
| 5353745 | | Email/Text: mrdiscen@discover.com | Oct 02 2020 18:58:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5355777 | | Email/Text: mrdiscen@discover.com | Oct 02 2020 18:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5353747 | | Email/Text: nwilliamson@foundationfinance.com | Oct 02 2020 18:59:00 | Foundation Finance, PO Box 3148, Hicksville, NY 11802-3148 |
| 5356436 | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 18:59:00 | Foundation Finance Company, C/O Weinstein & Riley, PS, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |
| 5353748 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 19:14:23 | Lowes, PO Box 981064, El Paso, TX 79998-1064 |
| 5353749 | | Email/Text: camanagement@mtb.com | Oct 02 2020 18:59:00 | M&T Bank, PO Box 64679, Baltimore, MD 21264-4679 |
| 5356342 | | Email/PDF: cbp@onemainfinancial.com | Oct 02 2020 19:13:59 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5353750 | | Email/PDF: cbp@onemainfinancial.com | Oct 02 2020 19:14:22 | Onemain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 5353752 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2020 18:59:00 | Sportsman's Guide, PO Box 659569, San Antonio, TX 78265-9569 |
| 5354246 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 19:14:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | |
|---|---|---|---|
| 5362786 | + Email/Text: bncmail@w-legal.com | Oct 02 2020 18:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5356592 | Email/Text: jennifer.chacon@spservicing.com | Oct 02 2020 18:59:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O.Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Foundation finance company bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James H Turner | on behalf of Debtor 1 Stephen C Molnar pat@turnerandoconnell.com |
| Rebecca Ann Solarz | on behalf of Creditor Foundation finance company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Stephen C Molnar,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−02518−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 28, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 4, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2020 |

ntcnfhrg (03/18)