UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHAN C. MOLNAR  :
: Bankruptcy No. **1:20-bk-02518-HWV**
Debtor(s)  : Chapter 13
:

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters his Appearance as Counsel in this matter on behalf of Stephan C. Molnar, Debtor.

Date: July 12, 2022

Chad J. Julius
I.D. No. 209496
Jacobson, Julius & Harshberger
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717-909-5858
717-909-7788 [fax]

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEPHAN C. MOLNAR  :
: Bankruptcy No. **1:20-bk-02518-HWV**
Debtor(s)  : Chapter 13
:

## CERTIFICATE OF SERVICE

I, Dera Shade, do hereby certify that on this day I served the within *Entry of Appearance* upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail -

All creditors on the mailing matrix (attached).

DATED: July 12, 2022

_____
Dera Shade, Paralegal

Label Matrix for local noticing
0314-1
Case 1:20-bk-02518-HWV
Middle District of Pennsylvania
Harrisburg
Tue Jul 12 11:59:50 EDT 2022

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Barclays
PO Box 13337
Philadelphia, PA 19101-3337

U.S. Bank National Association, as indenture
c/o Stern & Eisenberg
1581 Main Street, Suite 200
Warrington, PA 18976-3403

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Firestone/Credit First NA
PO Box 81344
Cleveland, OH 44188-0001

Foundation Finance
PO Box 3148
Hicksville, NY 11802-3148

Foundation Finance Company
C/O Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Lowes
PO Box 981064
El Paso, TX 79998-1064

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Onemain
PO Box 742536
Cincinnati, OH 45274-2536

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Select Portfolio Servicing
3815 S West Temple
Ste 2000
Salt Lake City, UT 84115-4412

Sportsman's Guide
PO Box 659569
San Antonio, TX 78265-9569

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976-3403

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
PO Box 660170
Dallas, TX 75266-0170

U.S. Bank National Association
c/o Select Portfolio Servicing, Inc.
P.O.Box 65250
Salt Lake City, UT 84165-0250

USAA
PO Box 65020
San Antonio, TX 78265-5020

USA Federal Savings Bank
Robertson, Anschutz, Schneid & Crane LLC
100 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

James H Turner
Turner and O'Connell
4815 N Mountain Road
Suite D
Harrisburg, PA 17112-1793

Stephen C Molnar
28 Charles Street
Highspire, PA 17034-1014

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M&T Bank
PO Box 64679
Baltimore, MD 21264-4679

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Foundation finance company

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32