Fill in this information to identify the case:

Debtor 1    Stephen C Molnar

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : Middle District of Pennsylvania
                                                                (State)

Case number 1:20-bk-02518-HWV

# Form 4100R
# Response to Notice of Final Cure                                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage-Backed Notes, Series 2021-R2

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 7422

**Property address:**     28 CHARLES STREET
                          Number       Street

                          HIGHSPIRE, PA 17034
                          City              State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                          $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[ ]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:

[X]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                                    (a) $0.00

       b. Total fees, charges, expenses, escrow and costs outstanding (PPFN filed 01/25/2021):    + (b) $1,774.01

       c. Total. Add lines a and b.                                                    (c) $1,774.01

       Creditor asserts that the debtor(s) are contractually
       obligated for the postpetition payment(s) that first became
       due on:                                  03/16/2025
                                                MM/DD/YYYY

       ***Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.***

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**  /s/ Robert Shearer                                    Date {March 3, 2025
        Signature

Print      ▮/ Robert Shearer                                 Title Authorized Agent
           First Name        Middle Name        Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    130 Clinton Rd #202
           Number              Street

           Fairfield                NJ              07004
           City                     State           ZIP Code

Contact    470-321-7112                              Email rshearer@raslg.com

Form 4100R                **Response to Notice of Final Cure Payment**                page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___3/4/2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Stephen C Molnar
28 Charles Street
Highspire, PA 17034

And via electronic mail to:

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Raven Mahoney
Email: rmahoney@raslg.com